PROB 12A2
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
December 14, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Melissa Brewer | Case Number: | 4:21CR00506-001 |

Name of Sentencing Judge:  The Honorable Halil Suleyman Ozerden
Presiding Judge                      The Honorable Keith P. Ellison

Date of Original Sentence:   February 10, 2017

Original Offense:   Interstate travel in aid of an unlawful activity, in violation of 18 U.S.C. § 1952(a)(3). Class D Felony

Original Sentence:   60 months custody of the U.S. Bureau of Prisons, followed by a three-year term of supervised release, a $100 Special Assessment, and a $5,000 fine. Special Conditions include: no new credit, financial disclosure, no possession or use of synthetic drugs, no marijuana use without a valid prescription in approved jurisdiction, drug treatment and testing, and search and seizure.

Type of Supervision:   Supervised Release     Supervision Started:   May 15, 2020

## EARLIER COURT ACTION

<u>September 15, 2021</u>: The Court concurred with the probation officer's recommendation and allowed Brewer to remain on supervised release and continue outpatient substance abuse treatment in response to Brewer's admitted use of Adderall.

<u>October 13, 2021</u>: Jurisdiction was transferred from the Southern District of Mississippi, Docket Number 1:16CR00083-001, to the Southern District of Texas and assigned Docket Number 4:21CR00506-001.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>**Violation Number**</u>   <u>**Nature of Noncompliance**</u>

1            Illegal Possession of a Controlled Substance

On or about January 26, 2022, Melissa Brewer possessed and used Adderall, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted by her to USPO Mejia, on that date, such specimen tested positive for Adderall through laboratory analysis.

Additionally, on January 26, 2022, Brewer signed an admission form, acknowledging her use of Adderall on January 21, 2022, and Lasix (a diuretic) on January 19, 2022. Brewer admitted taking a total of six Adderall pills since January 21, 2022.

The possession alleged above is a violation of 21 U.S.C. § 844.

**U.S. Probation Officer Action:**

On January 26, 2022, Brewer verbally admitted and signed a statement indicating she took to Adderall pills, because she felt tired and needed energy. The Adderall prescription and pills belong to her daughter. She purportedly has a medical condition, ankylosing spondylitis, which causes lower back pain and impedes her mobility. As a controlling intervention, this officer verbally admonished Brewer for her use of a controlled substance. As a correctional intervention, Brewer's treatment contract was modified to increase group counseling. Her treatment counselor was contacted and verified Brewer had been attending all treatment sessions. Additionally, Brewer will be moving out of her daughter's residence and obtaining her own rental.

Based on this assessment, this Officer respectfully recommends the Court defer action relative to Brewer's non-compliance. The Court reserves the right to reconsider this violation if further non-compliant behavior continues. Brewer has over 12 months remaining on supervised release, and her actions will continue to be closely monitored.

Approved:                                                    Respectfully submitted,

_____          By:    _____
Kim B. Lucas, Supervising                         Rocio Mejia
United States Probation Officer                United States Probation Officer
                                                                      February 25, 2022

Name of Offender: Melissa Brewer
Case Number: 4:21CR00506-001
Page Number: 3

[X] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Keith P. Ellison
U. S. District Judge

9 December 2022
Date