**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

April 04, 2023

Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | §<br>§<br>§ |
| VS. | § **DOCKET NO. 4:21CR00506-001** |
| | § |
| MELISSA BREWER | § |

### ORDER EXTENDING AND MODIFYING SUPERVISED RELEASE TERM

On February 10, 2017, Melissa Brewer was sentenced in the Southern District of Mississippi, Gulfport Division, under Docket No. 1:16CR00083-001, for interstate travel in aid of an unlawful activity, in violation of 18 U.S.C. § 1952(a)(3). She was ordered to serve 60 months imprisonment to be followed by a three-year term of supervised release. On May 15, 2020, supervised release commenced. On October 13, 2021, this case was transferred to the Southern District of Texas, Houston Division and assigned to the Honorable Keith P. Ellison.

On March 30, 2023, the Court held a revocation hearing pursuant to the Petition for Warrant or Summons for Offender Under Supervision filed in the Southern District of Texas on March 1, 2023. Melissa Brewer appeared with counsel and entered a plea of true to the following violation of supervised release alleged against her: 2, 4, 6, 7, 10, 11, and 12. The Court did not rule on the allegations for violation numbers 1 and 5.

The Court ordered Melissa Brewer be continued on supervised release reinstating all previously imposed conditions. The Court modified conditions of supervision as follows:

**Extension**

Your term of supervised release is extended for six (6) months.

**Residential Substance abuse Treatment**

You must participate in an *inpatient*-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

**IT IS SO ORDERED.**

Signed on ___4 April___ , 2023, at Houston, Texas.

_____
**Keith P. Ellison**
Senior United States District Judge